and Others, Defendants, and FRANK J. McLAUGHLIN, Appellant.— Action brought to procure a judgment of partition and sale of real estate. The appellant was joined as defendant because of a mechanic's lien filed by him for work done and materials furnished in the repair of buildings on the property, at the request of the mother of the then infant tenants in common of the real estate. The mother paid part of appellant's claim and then died insolvent. The balance of his claim he sought in this action to enforce against the shares of the tenants in common on the theory that his claim constituted a valid lien thereon. The court determined in effect that he had no such lien. From so much of the interlocutory judgment thus determining, he appeals. Interlocutory judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK J. ALIVENTI, Appellant.— On appeal by defendant from a judgment of the County Court of Kings county, convicting him of the crime of robbery in the first degree, judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD MANCINELLI, Appellant.— On appeal by defendant from a judgment of the County Court of Kings county, convicting him of the crime of robbery in the first degree, judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH McCAULEY, Appellant.— On appeal by defendant (a) from a judgment of conviction of assault in the third degree rendered by the Court of Special Sessions of the City of New York, Borough of Brooklyn, and (b) from an order denying his motion in arrest of judgment and to set aside the verdict and for a new trial; judgment unanimously affirmed. No opinion. Appeal from order dismissed. There is no such order in the record. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING MOSKOWITZ, Appellant.— Appeal by defendant from a judgment convicting him of the crime of endangering the morals of a minor, rendered against him by the Court of Special Sessions of the City of New York, Borough of Brooklyn. Judgment reversed on the law, information dismissed and bail exonerated. The People failed to establish the defendant's guilt by credible evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM NAIGES, Appellant.— Appeal by defendant from a judgment convicting him of the crime of endangering the morals of a minor, rendered against him by the Court of Special Sessions of the City of New York, Borough of Brooklyn. Judgment reversed on the law, information dismissed and bail exonerated. The People failed to establish the defendant's guilt by credible evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL ROTTER, Appellant.— Judgment of conviction rendered in the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of section 188 of the Agriculture and Markets Law reversed on the law, information